# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 2, 2011

143123

Estate of DARRYL HOUSTON PRICE.

_____

NASTASSIA PRICE and ERIN DUFFY-PRICE,
Personal Representatives of the Estate of Darryl
Houston Price,
      Plaintiffs,
v

LORI JEAN KOSMALSKI and TRADE
DEVELOPMENT COMPANY, a/k/a TRADE
WORLD COMPANY, INC.,
      Defendants,
and
Estate of RUDAFORD R. STERRETT, JR.,
      Defendant-Appellee,
and
THOMAS WOODS, Receiver,
      Appellee,
and
DART BANK,
      Intervening Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 143123
COA: 295212
Ingham CC: 06-000228-NZ

On order of the Court, the application for leave to appeal the April 12, 2011 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall address: (1) whether a mortgagee must affirmatively consent to the appointment of a receiver to be required to pay the receiver's costs and fees; (2) whether the statutory right of first priority belonging to the holder of the recorded mortgage, MCL 600.3236, overrides the common-law rule that a receiver's costs and fees are entitled to first priority; and (3) whether a mortgagee must actually benefit from the incurred expenses or whether a mortgagee can be required to pay for expenses that did not benefit it.

The Michigan Association of Realtors, the Michigan Chamber of Commerce, and the Real Property Law Section of the State Bar of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 2, 2011

p1026

Clerk